# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AZIZA VAFOKULOVA, individually and as Administratrix of the ESTATE OF BAHTIYOR VAFOKULOV, and on behalf of JOSE VAFOKULOV and REGINA VAFOKULOVA, minor children<br><br>v.<br><br>UA INTERNATIONAL CONSULTING CORP., ET AL. | CIVIL ACTION<br><br>NO. 17-2605 |

## ORDER RE: SUBJECT MATTER JURISDICTION AND ATTORNEY'S FEES

**Baylson, J.**                                                                                             **November 17, 2017**

     **AND NOW**, this 17th day of November, 2017, it is hereby **ORDERED** that Plaintiffs' Motion to Remand (ECF 47) is GRANTED, the Plaintiffs' "Addendum" to the Motion to Remand (i.e., the Motion for Attorney's Fees) (ECF 55) is **DENIED** with prejudice, and all open motions on the docket are hereby **DENIED** as moot.

                                                                                                      **BY THE COURT:**

                                                                                **/s/ Michael M. Baylson**
                                                                                 **MICHAEL M. BAYLSON, U.S.D.J.**