

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

12/19/2017

**FILED**
JAN -2 2018
KATE BARKMAN, Clerk
By:_____ Dep. Clerk

Office of Judicial Records
Attn: Patricia McAllister
Certification Unit
Room 296 City Hall
Philadelphia, PA 19107

RE:   AZIZA VAFOKULOVA, ET AL  VS.  UA INTERNATIONAL CONSULTING
      C.A. #17-2605                       CORP., ET AL

TO THE PROTHONOTARY:

Enclosed herewith is the original record from the Court of Common Pleas, together with a copy of the order signed by Judge Michael M. Baylson which was filed in this office on 11/17/2017

Kindly acknowledge receipt on the copy of this letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: /s/ Kim Williams
Kim Williams, Deputy Clerk

cc:

DEC 2 6 2017
Received above record this        day of              ,

_____
Signature

proret.frm